## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 14-cr-00503-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.      DANIELLE SCIORTINO,
3.      JESSE HERVEY,

    Defendants.

---

## ORDER SETTING STATUS CONFERENCE
_____

This matter is before the Court *sua sponte*.  As stated in Mr. Alday's sentencing hearing held on February 1, 2016,  the Court is concerned that Mr. Alday and Ms. Bradley were allowed to plead guilty to a violation of 21 USC 841(a)(1) and (b)(1)(C) and 846 - Conspiracy to Distribute Heroin, which is only a Class C Felony.  Co-defendants Ms. Sciortino and Mr. Hervey were required to plead guilty to Distribution of Heroin Resulting in Death, a Class A felony, with a mandatory minimum of 20 years.

Because Mr. Alday and Ms. Bradley were allowed to plead to Conspiracy to Distribute Heroin – their statutory MAXIMUM sentence is 20 years.  Because Ms. Sciortino and Mr. Hervey were required to plead guilty

to Distribution Resulting in Death, their statutory mandatory MINIMUM sentence is 20 years.

For the reasons stated on the record on February 1, 2016, the Court sentenced Mr. Alday to 120 months imprisonment.  The Court is now concerned with sentencing disparities as it relates to Mr. Hervey and Ms. Sciortino.  The Court is precluded from imposing any variance beyond what the Government has requested for Ms. Sciortino – 10 years imprisonment and Mr. Hervey – 5 years imprisonment.  The only way the Court can adjust the sentences of these two defendants is if the Government modifies its 5K1.1 motions.

The Court's concern is that, if it allows Mr. Hervey's and Ms. Sciortino's pleas of guilty to stand, the Court will not be able to comply with the mandate it has to impose a sentence that is sufficient but not greater than necessary to achieve the objectives of sentencing.  A sentence of 10 years for Ms. Sciortiono and a sentence of 5 years for Mr. Hervey, in comparison to a 10 year sentence for Mr. Alday and a 12-month-plus-1- day sentence for Ms. Bradley, would result in sentences that are greater than necessary to achieve the objectives of sentencing, and

would also result in unwarranted sentence disparities among defendants with similar records found guilty of similar conduct.

As such, the Court advised Mr. Giles at the conclusion of Mr. Alday's Sentencing Hearing that it was considering rejecting Ms. Sciortino's and Mr. Hervey's plea agreements and revoking its acceptance of their pleas of guilty. The purpose of the status conference is to discuss the Court's concerns with all parties. It is therefore

ORDERED that a Status Conference for Defendants Sciortino and Hervey is set for February 9, 2016, at 9:00 a.m.

DATED: February 4, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge